**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BRENT DUKE, JOSEPH PARKHURST, JACYN GREEN, DONNA TAYLOR, BYRON HILL, PATRICIA PYE, WAYNE BUTTS, RONALD SHELTON, JUSTIN DUNNE, ASHBY MONCURE, EDWARD BRISCOE, DANIELLE WEBSTER, JEREMY CAVOLO, STACEY PYSOCK, DERYLYN STOKES, SCOTT ZACK, ANTONIO DEENA, and JASON HOWELL, individually and on behalf of all others similarly situated, | ) | Civil Action No. 3:26-cv-00684-SFR |
| Plaintiffs, | ) | |
| v. | ) | JULY 28, 2026 |
| CURALEAF HOLDINGS, INC. and CURALEAF, INC. | ) | |
| Defendants. | ) | |

**DEFENDANTS CURALEAF HOLDINGS, INC. AND**
**CURALEAF, INC.'S MOTION TO DISMISS THE COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6), Defendants Curaleaf Holdings, Inc. and Curaleaf, Inc. (collectively, "Curaleaf") hereby move to dismiss the Complaint in its entirety.

For the reasons set forth more fully in Curaleaf's accompanying Memorandum of Law in support of this Motion to Dismiss, which Memorandum is incorporated into this Motion, the Complaint fails to state a claim upon which relief may be granted.

Plaintiffs' RICO claims violate Rule 9(b) and are not pled with the required particularity. Plaintiffs fail to plead any actionable pattern of racketeering activity, including the underlying predicate acts of mail or wire fraud, with requisite particularity. Plaintiffs fail further to plausibly

plead an association-in-fact enterprise; Curaleaf's management or control over any RICO enterprise; causation or injury; or a cognizable conspiracy.

Plaintiffs' multiple state law claims also uniformly fail for the reasons set forth in Curaleaf's accompanying Memorandum of Lw. Because no Plaintiff asserts any viable claim against the Curaleaf Defendants under any liability theory, and because the Complaint's flaws are incurable, dismissal with prejudice is warranted.

WHEREFORE, for these reasons and those set forth fully in the accompanying Memorandum of Law, the Court should grant this motion and dismiss the Complaint in its entirety with prejudice.

Dated: July 28, 2026

Respectfully submitted,

*/s John C. Pitblado*

John C. Pitblado (ct25563)
Stephen J. Jorden (ct28307)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, Connecticut 06103
Tel: (860) 392-5000 / Fax: (860) 392-5058
jpitblado@carltonfields.com
sjorden@carltonfields.com

Markham R. Leventhal (phv209448)
Scott M. Abeles (*pro hac vice*)
CARLTON FIELDS, P.A.
1625 Eye Street NW, Suite 800
Washington, DC 20006
Tel: (202) 965-8100 / Fax: (202) 965-8104
mleventhal@carltonfields.com
sabeles@carltonfields.com

Jayashree Mitra (phv209459)
CARLTON FIELDS, P.A.
730 Third Avenue, 19th Floor
New York, New York 10017
Tel: (212) 785-2577 / Fax: (212) 785-5203
jmitra@carltonfields.com

Irma T. Reboso Solares (phv209497)
CARLTON FIELDS, P.A.
2 MiamiCentral, Suite 1200
700 NW 1st Avenue
Miami, Florida 33136
Tel: (305) 530-0050 / Fax: (305) 530-0055
isolares@carltonfields.com

*Attorneys for Defendants*
*Curaleaf Holdings, Inc. and Curaleaf, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies the recipients of the electronic notice.

*/s John C. Pitblado*
John C. Pitblado